JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

Ricardo Trejo-Trejo,

Petitioner,

v.

United States of America *et al.*,

Respondents.

Case No. 5:26-cv-04519-MRA-MAR

**ORDER GRANTING PETITION FOR HABEAS CORPUS AND MOTION FOR TEMPORARY RESTRAINING ORDER [1] [2]; JUDGMENT**

**A File: 205-314-958 (Immediate Release)**

Petitioner Ricardo Trejo-Trejo ("Petitioner") was born in Mexico and has lived in the United States since 2000. ECF 1 ("Pet.") ¶ 1. Petitioner was previously detained by Immigration and Customs Enforcement ("ICE") in 2012. *Id.* ¶ 5. At that time, Petitioner moved for a bond hearing, and an immigration judge ordered that Petitioner be released on bond. *Id.* Upon release, Petitioner was placed under ICE supervision and remained in full compliance with the terms and conditions of his supervision. *Id.* ¶ 9.

On June 16, 2022, Petitioner's removal proceedings went before an immigration court, and the immigration judge dismissed the removal proceedings. *Id.* ¶ 6; *id.* at 47 (order of immigration judge dismissing proceedings without prejudice). The government did not appeal the immigration judge's decision. *Id.* ¶ 7. Petitioner later moved for an I-

601A waiver and adjustment of status, though the status of those applications is unclear from the petition. *Id.* ¶ 6.

On July 1, 2026, Petitioner was arrested by ICE at his place of work and since that time has been continuously held in custody at the Adelanto ICE Processing Center in Adelanto, California. *Id.* ¶ 11. Prior to arresting him, the government did not identify any changed circumstances or violations of the terms of his release under ICE supervision that purportedly warranted re-detention. *Id.* ¶ 10. In the time he has been detained, Petitioner has not received any interview or opportunity to contest the revocation of his release. ECF 2 at 2.

Petitioner, proceeding *pro se*, filed a petition for a writ of habeas corpus on July 30, 2026, in the United States District Court for the Eastern District of California. ECF 1. Petitioner concurrently filed a Motion for a Temporary Restraining Order ("TRO Motion"). ECF 2. The matter was then transferred to the United States District Court for the Central District of California pursuant to 28 U.S.C. § 1631 and assigned to the undersigned judge. ECF 5.

On August 17, 2026, the government filed a consolidated answer to the petition and response to the TRO application, stating:

> On July 30, 2026, Petitioner filed a Petition for Writ of Habeas Corpus under 28 U.S.C § 2241, seeking an order requiring Respondents to release him from immigration detention . . . . Respondents are not presenting an opposition argument at this time. Should the Court enter relief, judgment may be entered, and consistent with the 'expeditious resolution' of § 2241 Immigration Petitions required by the General Order, no more filings or proceedings will be necessary in this matter

In light of the government's non-opposition to Petitioner's request for immediate release, the Court **ORDERS** as follows:

1. The Petition [1] and TRO Motion [2] are **GRANTED**;

2. Petitioner shall be **IMMEDIATELY RELEASED** from custody without any restrictions or conditions, including electronic monitoring, unless these conditions existed at the time of his arrest resulting in his current detention;

3. Respondents are **ORDERED** to personally serve this Order on Petitioner immediately.

4. Respondents are **ORDERED** to file proof of service of this Order **and** reliable proof that Petitioner has been released, by no later than August 21, 2026, at 12:00 p.m. Failure to do so may result in sanctions.

5. Respondents are **PERMANENTLY ENJOINED** from re-detaining Petitioner absent compliance with constitutional protections and applicable laws and regulations.

6. This Order shall constitute final judgment, and this case shall be ordered closed.

**IT IS SO ORDERED.**

Dated: August 20, 2026

HON. MONICA RAMIREZ ALMADANI
UNITED STATES DISTRICT JUDGE